**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00071-CV**
_____

**WATERSTONE ON LAKE CONROE, INC. AND STEVE BOWEN,**
**Appellants**

**V.**

**DEE WILLIAMS AND ANDY WILLIAMS, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-09-10736-CV**

**ORDER**

On March 16, 2017, the Court stayed all further trial court proceedings and discovery in Cause Number 16-09-10736-CV until our opinion issues in the accelerated appeal. The appellees, Dee Williams and Andy Williams, subsequently notified the parties and the Court that they are withdrawing their request for disclosure to Virgin Homes, Inc. They suggest their withdrawal of the request for disclosure will moot a related mandamus proceeding, No. 09-17-00077-CV, *In re*

1

*Virgin Homes, Inc.* In response, the appellees and Virgin Homes, Inc. contend the withdrawal of the request for disclosure cannot moot the mandamus proceeding while the trial court's order of February 28, 2017, remains in effect compelling Virgin Homes, Inc. to respond to the request for disclosure.

Unless it is amended by this Court, our order of March 16, 2017, prevents the trial court from considering the appellees' request to withdraw their request for disclosure and reconsidering its February 28, 2017, order compelling Virgin Homes, Inc. to respond to the request for disclosure. *See* Tex. R. App. P. 29.5. After considering the letters filed by the parties, we conclude that our order of March 16, 2017, should be amended to allow Dee Williams and Andy Williams to withdraw their request for disclosure and to allow the trial court to amend or dissolve its order of February 28, 2017. *See id.*

It is ORDERED that all further trial court proceedings and discovery in Cause Number 16-09-10736-CV, other than proceedings to withdraw requests for disclosure and to amend or dissolve the trial court's order compelling responses to requests for disclosure, are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3; *see also* Tex. R. App. P. 29.5.

ORDER ENTERED March 21, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2